JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CV 08-03566 MMM (RCx) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT FOR PLAINTIFF |
| $13,355.00 IN U.S. CURRENCY, ONE 2001 FORD F-150, AND ONE 1995 TOYOTA CELICA, ) | |
| Defendants. ) | |

On May 30, 2008, the United States of America commenced this *in rem* action against $13,355.00 in U.S. currency (the "defendant currency"), one 2001 Ford F-150 (the "defendant Ford"), and one 1995 Toyota Celica (the "defendant Toyota") (collectively, the "defendant assets") under 18 U.S.C. § 981, 21 U.S.C.§§ 881(a)(4) & (a)(6), and 49 U.S.C. § 80303. On June 30, 2009, the court granted plaintiff's motion for entry of default judgment. Accordingly,

IT IS ORDERED AND ADJUDGED that

1. The defendant assets is forfeited to the United States; and

2. The action is hereby dismissed.

DATED: June 30, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE